1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10  BARRY HARRINGTON MORTIS,        )  CASE NO. CV 13-1584-AG (PJW)
                                    )
11                 Petitioner,      )  ORDER ACCEPTING REPORT AND
                                    )  ADOPTING FINDINGS, CONCLUSIONS,
12          v.                      )  AND RECOMMENDATIONS OF UNITED
                                    )  STATES MAGISTRATE JUDGE
13  LARRY SMALL, WARDEN,            )
                                    )
14                 Respondent.      )
    _____)

15

16      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

17  Petition, records on file, and the Report and Recommendation of the

18  United States Magistrate Judge.  Further, the Court has engaged in a

19  *de novo* review of those portions of the Report to which Petitioner has

20  objected.  The Court accepts the findings and recommendation of the

21  Magistrate Judge.

22      Further, for the reasons stated in the Report and

23  Recommendation, the Court finds that Petitioner has not made a

24  substantial showing of the denial of a constitutional right and

25  therefore, a certificate of appealability is denied.  *See* 28 U.S.C.

26

27

28

1    § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.

2    322, 336 (2003).

3

4    DATED:     August 31, 2013

5

6    _____

7                ANDREW J. GUILFORD
                 UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    C:\Temp\notesE1EF34\Mortis Order accep r&r.wpd

                              2